**No. 54854.**—J. S. Staedtler, Inc. v. United States, protest 156686–K (New York).

Opinion by MOLLISON, J. When the case was called for trial it was stipulated that the merchandise involved herein is similar in all material respects to that the subject of *J. S. Staedtler, Inc.* v. *United States* (2 Cust. Ct. 484, C. D. 183). Upon the entire record presented and following the authority cited the claim of the plaintiff was sustained.

**No. 54855.**—Arthur H. Kalfus v. United States, protest 158336–K (New York).

Opinion by MOLLISON, J. When this protest was called for hearing there was no appearance on behalf of the plaintiff and the case was ordered dismissed by the court. The protest was therefore dismissed.

**No. 54856.**—Charlotte Blodget et al. v. United States, protests 115540–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54857.**—Franco Belgium Trading Corp. v. United States, protest 161271–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.